IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CITIFINANCIAL, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:07CV55-WHA ) |
| BROOKA F. STOKES, | ) ) |
| Defendant. | ) |

**STATEMENT IN COMPLIANCE WITH FRCP 7.1**

**COMES NOW,** Plaintiff CitiFinancial, Inc. ("Plaintiff"), and states that the only publicly-held corporation that owns more than 10% of Plaintiff is Citigroup Inc.

Dated this the 17th day of January, 2007.

Respectfully submitted,

_____
Reid S. Manley (MAN039)
Alan D. Leeth (LEE038)
Attorneys for Plaintiff
CITIFINANCIAL, INC.

OF COUNSEL:

BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

**TO BE SERVED WITH PETITION BY CERTIFIED MAIL**

1531967 v1