| **SENDER:** *COMPLETE THIS SECTION* | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)  JEFF TICKAL    C. Date of Delivery  1·19·07<br>D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br>   07cv55  S, Pet, + Corp Disol. |
| 1. Article Addressed to:<br><br>Brooka F. Stokes<br>C/o Hon. James T. Gullage<br>Gullage + Tickal, LLP<br>511 Geneva Street<br>Opelika, AL 36801 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>   *(Transfer from service label)* | 7003 3110 0003 6214 1949 |

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1035