IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CITIFINANCIAL, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:07cv055-WHA ) |
| BROOKA F. STOKES, | ) ) |
| Defendant. | ) |

### ORDER

Upon consideration of Defendant's Motion to Dismiss (Doc. #5), filed on February 5, 2007, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before February 16**, **2007** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 6th day of February, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE