IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CITIFINANCIAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:07cv055-WHA |
| | ) |
| BROOKA STOKES, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Motion for Leave to File Brief in Support of Defendant's Motion to Dismiss for Lack of Jurisdiction (Doc. #10), the motion is GRANTED, and it is hereby

ORDERED that the Defendant is given **until February 28, 2007**, to file his brief in support of his Motion to Dismiss.

DONE this 20th day of February, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE