# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **CITIFINANCIAL, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**BROOKA F. STOKES,** )<br>)<br>**Defendant.** )<br>) | CIVIL ACTION NO. 3:07CV055-WHA |

## PLAINTIFF CITIFINANCIAL, INC.'S NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT

**COMES NOW** Plaintiff CitiFinancial, Inc., by and through its undersigned counsel, and hereby withdraws its Motion for Summary Judgment filed in the above-styled case on February 16, 2007, and specifically reserves its right to seek summary adjudication of its claims in the future.

Dated this the 23rd day of February, 2007.

                                                  Respectfully submitted,

                                                  s/ Alan D. Leeth
                                                  Reid S. Manley (MAN039)
                                                  Alan D. Leeth (LEE038)

                                                  Attorneys for Plaintiff
                                                  CITIFINANCIAL, INC.

**OF COUNSEL:**

BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1546780

## CERTIFICATE OF SERVICE

  I hereby certify that on the <u>23rd</u> day of <u>February, 2007</u>, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all properly registered parties and to the extent they are not registered with the Court's ECF system, they have been served by directing same to their office addresses via first-class, United States mail, postage prepaid:

Hon. James T. Gullage
Jeffrey G. Tickal
GULLAGE & TICKAL, LLP
511 Geneva Street
Opelika, AL 36801
Tel.: (334) 737-3733

              s/ Alan D. Leeth
              OF COUNSEL