IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CITIFINANCIAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:07cv055-WHA |
| | ) |
| BROOKA F. STOKES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Plaintiff's Motion for Summary Judgment (Doc. #15), filed on March 9, 2007, will be deemed submitted to this Court on April 9, 2007, without oral argument. If either party desires oral argument, such party should so notify the Court and opposing counsel by April 9, 2007. If, after considering the parties' submissions, the Court finds oral argument is necessary, a hearing will be scheduled, and the parties will be notified of the date of the hearing.

Affidavits, briefs, depositions, or other documents which the Defendant wishes to file in opposition to said motion shall be filed on or before April 2, 2007.

The Plaintiff shall have until April 9, 2007, to file any reply it wishes to file.

If a document, including a deposition, is to be considered on the issue of summary judgment, a party shall specifically designate which parts of the document are deemed relevant. The designation of parts of depositions shall be by page and line numbers. No parts of documents not so specifically designated will be considered.

DONE this 12th day of March, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE