IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CITIFINANCIAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:07cv055-WHA |
| | ) |
| BROOKA STOKES, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

A hearing was held in this case on April 18, 2007. Shortly thereafter, the court was advised that the parties expected to reach a settlement shortly. It is hereby

ORDERED that the parties file a joint status report on this case **no later than June 13, 2007.**

DONE this 6th day of June, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE