IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CITIFINANCIAL, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 3:07CV055-WHA |
| **BROOKA F. STOKES,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff, CitiFinancial, Inc. and defendant Brooka Stokes and jointly request this Court to dismiss this action without prejudice, and to tax costs as paid.

**WHEREFORE, PREMISES CONSIDERED**, the parties jointly pray that the Court will enter an Order dismissing the above-styled action without prejudice.

Dated this 7th day of June, 2007

s/ Alan D. Leeth
Reid S. Manley (MAN039)
Alan D. Leeth (LEE038)

Attorneys for Defendants

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

Dated this 7th day of June, 2007

s/ Jeffrey G. Tickal
Hon. James T. Gullage
Jeffrey G. Tickal

Attorneys for Brooka Stokes

GULLAGE & TICKAL, LLP
511 Geneva Street
Opelika, AL 36801
Tel.: (334) 737-3733

1575294 v1

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **CITIFINANCIAL, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) **CIVIL ACTION NO. 3:07CV055-WHA** |
| **BROOKA F. STOKES,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER**

Having considered the parties' *Joint Stipulation of Dismissal* dismissing the above-styled action without prejudice, the Court hereby finds that the *Joint Stipulation of Dismissal* is **GRANTED**.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that the above-styled action is dismissed without prejudice, costs taxed as paid.

**SO ORDERED** this the _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE